UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS A. WEBER,

    Plaintiff,

    v.

TIME WARNER, INC., *et al.*,

    Defendants.

Case No. C05-1706L

ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. On December 2, 2005, defendants filed a response with related documents to plaintiff's motion for preliminary injunction that, taken as a whole, exceeds 50 pages in length. (Dkt. #22). As of this date, a courtesy copy of these documents has not been provided for chambers.

    Defendants are hereby ORDERED to show cause why they should not be sanctioned for failure to comply with this Court's Notice of November 10, 2005 requiring courtesy copies of lengthy filings for chambers. Defendants shall immediately deliver a paper copy of the response and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

ORDER TO SHOW CAUSE - 1

Defendants shall respond to this order to show cause no later than five days from the date of this Order.

DATED this 7th day of December, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2