UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS A. WEBER,

    Plaintiff,

    v.

TIME WARNER, INC., *et al.*,

    Defendants.

Case No. C05-1706L

ORDER VACATING ORDER
TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. On December 2, 2005, defendants filed a response with related documents to plaintiff's motion for preliminary injunction that, taken as a whole, exceeded 50 pages in length. (Dkt. #22). On December 7, 2005, the Court issued an order to show cause why they should not be sanctioned for failure to comply with the Court's prior instructions. The order to show cause (Dkt. #26) is now vacated in light of the receipt of the courtesy copy.

    DATED this 9th day of December, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE