1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

THOMAS A. WEBER,

      Plaintiff,

  v.

TIME WARNER, INC., *et al.*,

      Defendants.

Case No.  C05-1706L

ORDER STRIKING MOTION FOR
PRELIMINARY INJUNCTION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This matter comes before the Court on "Plaintiff's Adjournment of December 9, 2005
Hearing on Plaintiff's Motion for a Preliminary Injunction" (the "Adjournment").  (Dkt. #25).
On November 14, 2005, plaintiff, who is proceeding *pro se*, filed a motion for a preliminary
injunction and noted the motion for consideration on December 9, 2005.  Defendants responded.

Plaintiff did not file a reply in support of the motion.  Instead, on December 7, 2005,
plaintiff filed the Adjournment stating that he "has adjourned the evidentiary hearing in order to
allow the parties to engage in either direct settlement discussions . . . or by ADR mediation . . . .
If it appears that the parties cannot reach an omnibus settlement agreement on all claims against
all parties then Plaintiff will re-schedule the hearing date on Plaintiff's Motion for a Preliminary
Injunction."  Adjournment at p. 1.

Because plaintiff has "adjourned" the hearing and stated that he would rather pursue

ORDER STRIKING MOTION FOR
PRELIMINARY INJUNCTION - 1

1   settlement negotiations rather than his motion for a preliminary injunction, the Court STRIKES

2   plaintiff's motion for a preliminary injunction (Dkt. #8).  Plaintiff may refile the motion if he so

3   chooses.

4

5          DATED this 13th day of December, 2005.

6

7

8                                          *Robert S. Lasnik*
                                           Robert S. Lasnik
9                                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER STRIKING MOTION FOR
     PRELIMINARY INJUNCTION - 2