1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14

THOMAS A. WEBER,

   Plaintiff,

   v.

TIME WARNER, INC., *et al.*,

   Defendants.

Case No. C05-1706L

ORDER REGARDING PLAINTIFF'S REQUEST FOR AN ORDER REGARDING INITIAL DISCLOSURES

15
16
17
18
19
20
21
22

This matter comes before the Court on "Plaintiff's Request for an Order Regarding Initial Disclosures, Joint Status Report & Early Settlement." (Dkt. #43). United States Magistrate Judge Monica J. Benton issued an order in this case regarding initial disclosures, joint status report, and early settlement on October 17, 2005; the order included deadlines for the parties to follow. (Dkt. #4, the "Order"). The parties have not filed a joint status report as required by the Order. Accordingly, the parties are ORDERED to comply with the requirements in the Order, including filing a joint status report, by January 6, 2006. Failure to file a joint status report by

23
24
25
26
27
28

ORDER - 1

1  that date may result in the imposition of sanctions.

3    DATED this 21st day of December, 2005.

              _/s/ Robert S. Lasnik_
              Robert S. Lasnik
              United States District Judge

ORDER - 2