UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS A. WEBER,

    Plaintiff,

  v.

TIME WARNER, INC., *et al.*,

    Defendants.

Case No. C05-1706L

ORDER GRANTING
MOTION TO AMEND

    This matter comes before the Court on plaintiff's motion to amend his complaint to add four new defendants. (Dkt. #36). Defendants have not responded to the motion or opposed it. There is no evidence that the proposed amendment is the result of bad faith or that it would result in undue delay, prejudice to the opposing parties, or futility. Accordingly, plaintiff's motion to amend is GRANTED. Plaintiff may file an amended complaint within twenty days of the date of this order.

    DATED this 5th day of January, 2006.

    */s/ Robert S. Lasnik*
    Robert S. Lasnik
    United States District Judge

ORDER GRANTING
MOTION TO AMEND