UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS A. WEBER,

      Plaintiff,

   v.

TIME WARNER, INC., *et al.*,

      Defendants.

Case No.  C05-1706L

ORDER STRIKING MOTIONS TO
STRIKE AND TO EXPEDITE

On January 11, 2006, plaintiff filed a motion to strike a December 23, 2005 declaration

from defendants' counsel.  (Dkt. #66).  On January 13, 2006, defendants filed a "Motion to

Strike Irregular Pleadings and Incompetent Declarations Filed by Plaintiff Weber and

Requesting Special Master to Be Appointed to Supervise Discovery."  (Dkt. #79).

      Both parties improperly filed their motions to strike as separate motions.  The applicable

Local Rule states, "Requests to strike material contained in or attached to submissions of

opposing parties shall not be presented in a separate motion to strike, but shall instead be

included in the responsive brief, and will be considered with the underlying motion."  LR 7(g).

Furthermore, the motions to strike do not meet the requirements of a surreply.  Accordingly,

plaintiff's motion to strike (Dkt. #66) and defendants' motion to strike (Dkt. #79) are hereby

ORDER STRIKING MOTIONS - 1

STRICKEN.

Defendants also filed a motion to have their motion to strike heard on an expedited basis. Motions for shortened time have been abolished.  According, defendants' motion for shortened time (Dkt. #81) is hereby STRICKEN.

Finally, the Court notes that both parties have filed numerous documents that do not comply with the Local Rules, wasting the time and resources of this Court and the opposing party.  The Court will not, as defendants suggest, appoint a special master to monitor their compliance.  The parties are responsible for being familiar with the Court's rules and for following them.  Because most of the improper filings are related to the pending dispositive motions, the Court may consider the imposition of sanctions when ruling on those motions.  At that time, the Court will also *sua sponte* consider whether some of the filings are inadmissible and/or contain inadmissible material.


DATED this 20th day of January, 2006.


*MVr S Lasnik*
Robert S. Lasnik
United States District Judge