UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS A. WEBER,

    Plaintiff,

  v.

TIME WARNER, INC., *et al.*,

    Defendants.

Case No. C05-1706L

ORDER DENYING MOTION
TO COMPEL

    This matter comes before the Court on "plaintiff's suggestion that court enter show cause order." (Dkt. #76). The "suggestion" sought an order "requiring the Defendants to show cause by substantial justification why the Court should not impose a remedial order against the Defendants for their failure to provide the Plaintiff with any Rule 26(c) disclosures." Plaintiff's Motion at p. 2. Because the "suggestion" sought relief from the Court, the Court noted it, as plaintiff should have, as a motion to compel.

    Plaintiff filed his suggestion on January 12, 2006, and stated that as of that date, defendants had not provided him with *any* initial disclosures. Plaintiff's Motion at p. 1 (emphasis added). Defendants' initial disclosures, however, are part of the Court's record and were filed on January 10, 2006. Plaintiff conceded in the parties' joint status report, filed on January 20, 2006, that he received defendants' initial disclosures on January 10, 2006, but

ORDER DENYING MOTION
TO COMPEL - 1

argues that they were incomplete.

Based on those facts, on January 18, 2006, defendants' counsel sent plaintiff two e-mails requesting that he withdraw this motion. Declaration of Randolph Gordon (Dkt. #94), Exs. 1, 3. Plaintiff did not respond or withdraw the motion. Plaintiff filed a reply to the motion, arguing that defendants had not responded to the motion and continuing to request an order to compel.

The Court finds that defendants provided plaintiff with their initial disclosures on January 10, 2006, before plaintiff filed this motion. Accordingly, the Court DENIES "plaintiff's suggestion that court enter show cause order." (Dkt. #76).

Defendants request that the Court impose sanctions based on plaintiff's filing of his motion after he received the initial disclosures. Plaintiff has multiplied and obstructed the proceedings by filing a motion to compel production of initial disclosures after he had already received them, and by failing to withdraw his motion after acknowledging that he had received them. Moreover, plaintiff has misrepresented a material fact to the Court. He alleged in his motion that defendants had not provided any initial disclosures, when in fact they had. Plaintiff's conduct has vexatiously multiplied the proceedings, increased costs, and wasted both the Court's and the defendants' resources. Accordingly, the Court imposes sanctions for filing this frivolous motion in the amount of $500.00 to be paid to defendants within twenty days of the date of this order.

DATED this 31st day of January, 2006.

*signature*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
TO COMPEL - 2