UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS A. WEBER,

    Plaintiff,

    v.

TIME WARNER, INC., *et al.*,

    Defendants.

Case No. C05-1706L

ORDER DENYING MOTION
FOR RECONSIDERATION

This matter comes before the Court on plaintiff's motion for reconsideration (Dkt. #119) of this Court's January 31, 2006 order regarding the parties' cross motions for summary judgment and plaintiff's motion for a preliminary injunction (Dkt. #111, the "Order"). In their memoranda regarding those motions, defendants requested that the Court impose sanctions on plaintiff because he sued the wrong defendants and refused to withdraw his claims against them.

Plaintiff contends that the Court erred in imposing sanctions on him because, he argues, the Court lacked authority to impose the sanctions pursuant to Fed. R. Civ. P. 11. Plaintiff has misconstrued the Order. The Order did not address Rule 11 or impose sanctions pursuant to that rule. Instead, the Order stated that sanctions were being imposed on plaintiff pursuant to General Rule 3(d). Therefore, plaintiff's arguments regarding Rule 11 are inapplicable.

ORDER DENYING MOTION
FOR RECONSIDERATION - 1

1    Accordingly, plaintiff's motion for reconsideration is DENIED.

2

3    DATED this 14th day of February, 2006.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION - 2