UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS A. WEBER,

    Plaintiff,

    v.

TIME WARNER, INC., *et al.*,

    Defendants.

Case No. C05-1706L

ORDER DENYING MOTION TO CONVERT PRELIMINARY INJUNCTION TO A FINAL INJUNCTION

    This matter comes before the Court on plaintiff's motion to convert preliminary injunction to a final permanent injunction. (Dkt. #103). Plaintiff requests that a preliminary injunction be converted to a final injunction. The Court, however, denied plaintiff's previous motion for a preliminary injunction. Accordingly, the Court DENIES plaintiff's current motion (Dkt. #103) as moot and without merit.

    DATED this 27th day of February, 2006.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION